# Court of Appeals
# of the State of Georgia

ATLANTA,__June 23, 2021_____

*The Court of Appeals hereby passes the following order:*

## A21I0215.  AGSOUTH FARM CREDIT, ACA v. D. CHRIS WEST et al.

Upon consideration, the application for interlocutory review filed by AgSouth Farm Credit, ACA is hereby DENIED.

The motion to dismiss filed by D. Chris West and T. Jason West is also hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/23/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*